■ MABEL TURNBULL, Appellant-Respondent, v. SYRACUSE TRANSIT CORPORATION et al., Respondents, and CITY OF SYRACUSE, Respondent-Appellant.— Orders affirmed, without costs of these appeals to any party. All concur. (Appeal by plaintiff from an order of Onondaga Trial Term, setting aside the verdict of a jury in favor of plaintiff and granting a new trial in an automobile and busline negligence action; appeal by defendant city from order of the same court denying motions for a nonsuit, for a directed verdict and for a dismissal of the complaint.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ ROBERT W. TURNBULL, Appellant-Respondent, v. SYRACUSE TRANSIT CORPORATION et al., Respondents, and CITY OF SYRACUSE, Respondent-Appellant. — Same decision and like cause of action as in companion case of *Turnbull* v. *Syracuse Tr. Corp.* (8 A D 2d 933).

■ HARVEY HARTBURG, Respondent, v. BEULAH RANBUSKA et al., Defendants, and HARRY ECKER, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ DORIS JACOBI, Respondent, v. BEULAH RANBUSKA et al., Defendants, and HARRY ECKER, Appellant.— Same decision and like cause of action as in companion case of *Hartburg* v. *Ranbuska* (8 A D 2d 933).

■ EARL RANBUSKA et al., Respondents, v. DANIEL J. DRONEY, Defendant, and HARRY ECKER, Appellant.—Same decision and like cause of action as in companion case of *Hartburg* v. *Ranbuska* (8 A D 2d 933).

■ KENNETH A. DECKER, an Infant, by GEORGE G. FIESINGER, His Guardian ad Litem, Respondent, v. CLARENCE DECKER, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, without costs of this appeal to either party, upon the ground that upon this record the verdict of the jury was against the weight of evidence. All concur. (Appeal from a judgment of Herkimer Trial Term for plaintiff in an action against parent for willful negligence in operation of automobile. The order denied motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ FRITZ WAGNER et al., Appellants, v. LOBLAW'S INCORPORATED, Respondent.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in an action for damages for personal injuries alleged to have been sustained by reason of a negligently maintained sign on a public sidewalk. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ GUNNARD E. GORANSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33725.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for personal injuries alleged to have been sustained by claimant, for property damage to his automobile, and for damages for loss of services of, and medical attendance for, claimant's wife, by reason of claimant's car being struck by a limb falling from a decayed tree adjacent to State highway.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ. [3 Misc 2d 1020.]